**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00013-CMA-KMT

JASON BOYD,

    Plaintiff,

v.

HUSQVARNA PROFESSIONAL OUTDOOR PRODUCTS, INC.,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice (Doc. # 24). The Court having considered the Stipulation for Dismissal, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorneys' fees.

DATED:  November __4__, 2009

                        BY THE COURT:

                        _____
                        CHRISTINE M. ARGUELLO
                        United States District Court Judge